UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PUFF LOUNGE LLC D/B/A ROYAL FLAME TOBACCO, et al., <br><br> Defendants. | No. 1:22-cv-01498-ADA-BAM <br><br> **ORDER REGARDING DEFENDANT MANUEL ROBERTSON'S OBJECTIONS** <br><br> (Doc. 21.) |

On August 17, 2023, Defendant Manuel Robertson ("Defendant Robertson") filed objections to the Court's Findings and Recommendations Regarding Plaintiff's Motion for Default Judgment.  (Doc. 21.)  In his objections, Defendant Robertson states that he has "no affiliation" with Royal Flame Tobacco and appears to allege that Royal Flame Tobacco is a distinct entity from the Puff Lounge entity which he owns.  (Doc. 21 at 1, 5.)

///

///

///

///

///

1

1  In light of Defendant Robertson's objections, Plaintiff GS Holistic, LLC ("Plaintiff")
2 SHALL file a response to Defendant Robertson's objections, including but not limited to
3 clarifying the relation of Defendant Robertson, Puff Lounge LLC, and Royal Flame Tobacco, on
4 or before September 1, 2023.

IT IS SO ORDERED.

Dated:   **August 21, 2023**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2