UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>AHMED ASUMAIRI,<br><br>   Defendant. | No. 1:22-cv-01498-TLN-AC<br><br>**ORDER** |

This matter is before the Court on Plaintiff GS Holistic, LLC's ("Plaintiff") Motion to Set Aside Default and Motion to Amend. (ECF No. 37.) For the reasons set forth therein, the Court GRANTS Plaintiff's motion. The Court notes that it is unclear whether Plaintiff is suing two distinct parties or a single party. Plaintiff refers to Defendants separately as Ahmed Asumairi and Ahmed Asumairi d/b/a Royal Flame Tabacco. However, entry of default was only entered as to Ahmed Asumairi. (ECF No. 36.) Plaintiff should clarify what parties it is suing and whether they are distinct parties in the amended complaint. Plaintiff shall file an amended complaint not later than seven (7) days from the electronic filing date of this Order.

IT IS SO ORDERED.

Date: April 9, 2024

Troy L. Nunley
United States District Judge

1